# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00716-CV

**Max Rodriguez, Appellant**

**v.**

**Scott Noel, Dr. Roy Klein, and Hon-Ling Klein, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
NO. D-1-GN-14-002950, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Max Rodriguez has filed a motion to dismiss his appeal. *See* Tex. R. App.
P. 42.1. We grant the motion and dismiss the appeal.

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismiss on Appellant's Motion

Filed: April 15, 2016